**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WRIGHT MEDICAL GROUP, INC., d/b/a　　　　　　　　　　　　　　　　　　　PLAINTIFFS
WRIGHT MEDICAL TECHNOLOGY, INC.;
and SURGICAL TECHNOLOGIES, LLC

v.　　　　　　　　　　No. 3:10CV00033 JLH (Lead)

KEVIN DARR; CHARLES HALL; and
MARK STARRING & ASSOCIATES, INC.　　　　　　　　　　　　　　　　　　　DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHARLES HALL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　No. 3:10CV00036 JLH

PAUL MASSA; and
SURGICAL TECHNOLOGIES, LLC　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

　　　Having been notified by counsel that a settlement has been reached in these matters, the Court finds that the cases should be dismissed.

　　　IT IS THEREFORE ORDERED that the complaints and all claims in each of these actions against defendants be, and they are, hereby dismissed with prejudice.

　　　The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

　　　IT IS SO ORDERED this 8th day of December, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE